# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8686
Fax: 919-861-5555

**DATE:** September 13, 2017

**FROM:** Timothy L. Gupton
U.S. Probation Officer

**SUBJECT:** GURGANUS, JR., James William
Case No.: 5:11-CR-257-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On March 1, 2012, pursuant to a guilty plea to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, James William Gurganus, Jr. appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to a 60-month term of imprisonment, to be followed by a 5-year term of supervised release.

The defendant was released from custody on February 11, 2016, and began supervision in the Eastern District of North Carolina. Since his release, he has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since September 2016. His term of supervision is set to expire on February 10, 2021.

The probation office is requesting early termination. Assistant U.S. Attorney Leslie Cooley has been contacted, and she has no objection to the early termination request. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     9·13·17
Terrence W. Boyle                          Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                     Crim. No. 5:11-CR-257-1BO

JAMES WILLIAM GURGANUS, JR.

On February 11, 2016, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: September 13, 2017

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __September__, 2017.

Terrence W. Boyle
U.S. District Judge